UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STACY JONES,
ADC #108515                                                                                 PLAINTIFF

v.                         CASE NO. 4:16-CV-00593 BSM

BRIGGS, Major,
Pulaski County Regional Detention Facility, et al.              DEFENDANTS

**ORDER**

      The recommended partial disposition [Doc. No. 13] submitted by United States Magistrate Judge J. Thomas Ray and plaintiff Stacy Jones's objections [Doc. No. 14] have been reviewed. After conducting a *de novo* review of the record, the recommended partial disposition is adopted in its entirety.

      Accordingly, Jones may proceed with his § 1983 inadequate medical care, retaliation, and inhumane conditions of confinement claims against Johnson, Briggs, Sylvester, Nelson, Bennett, and Wilson in their individual capacities only, and Jones's official capacity claims are dismissed without prejudice. Jones's claims against the Pulaski County Regional Detention Facility are dismissed with prejudice. The clerk is directed to prepare a summons for Johnson, Briggs, Sylvester, Nelson, Bennett, and Wilson. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, second amended complaint, addendum, and this order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer Pulaski County employees, the individual responding

to service must file a **sealed** statement providing the unserved defendant's last known private mailing address. Furthermore, it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    IT IS SO ORDERED this 31st day of October 2016.

                                                                                 _____
                                                             UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STACY JONES,**
**ADC #109515**                                                                                                **PLAINTIFF**

**v.**               **CASE NO. 4:16CV00593 BSM**

**BRIGGS, Major,**
**Pulaski County Regional Detention Facility, et al.**         **DEFENDANTS**

## ORDER

The recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections were filed. After careful review and consideration, the recommended partial disposition is adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Jones may proceed with his § 1983 inadequate medical care, retaliation, and inhumane conditions of confinement claims against Johnson, Briggs, Sylvester, Nelson, Bennett, and Wilson in their individual capacities only.

2. Jones's official capacity claims are dismissed without prejudice.

3. Jones's claims against the Pulaski County Regional Detention Facility are dismissed with prejudice.

4. The clerk is directed to prepare a summons for Johnson, Briggs, Sylvester, Nelson, Bennett, and Wilson. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, second amended complaint, addendum, and this order on then without

prepayment of fees and costs or security therefor. If any of the defendants are no longer Pulaski County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

5.　It is certified hat an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE