# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

STACY JONES                                                                         PLAINTIFF
ADC #7580355608

v.                          CASE NO. 4:16-CV-00593 BSM

BRIGGS, Major,
Pulaski County Regional Detention Facility, et al.               DEFENDANTS

## ORDER

The recommended partial disposition [Doc. No. 77] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful review and consideration, the recommended partial disposition is adopted in its entirety. Accordingly, defendant Carl Johnson's motion for summary judgment [Doc. No. 56] is granted, plaintiff Stacy Jones's inadequate medical care claim against him is dismissed with prejudice, and Johnson is hereby dismissed from this case.

IT IS SO ORDERED this 22nd day of January 2018.



_____
UNITED STATES DISTRICT JUDGE