**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **STACY JONES,** <br> **ADC #7580355608** | **PLAINTIFF** |
| v.      CASE NO. 4:16-CV-00593 BSM | |
| **BRIGGS, Major,** <br> Pulaski County Regional Detention Facility, et al. | **DEFENDANTS** |

## ORDER

The recommended disposition [Doc. No. 81] submitted by United States Magistrate Judge J. Thomas Ray and plaintiff Stacy Jones's objections [Doc. No. 82] have been reviewed. After conducting a *de novo* review of the record, the recommended disposition is adopted in its entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 59] is granted, and Jones's claims for retaliation and inhumane conditions of confinement are dismissed with prejudice. It is further certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 26th day of February 2018.

 

                                                                             UNITED STATES DISTRICT JUDGE